**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 96-1020**

————————

SCOTT C. SCHIRMACHER,

Plaintiff - Appellant,

versus

MCDONNELL DOUGLAS CORPORATION,

Defendant - Appellee.

————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-95-2672-AW)

————————

Submitted: May 16, 1996          Decided: June 3, 1996

————————

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Scott C. Schirmacher, Appellant Pro Se. William Christopher Edgar,
Jo Ann Peele, BRYAN, CAVE, MCPHEETERS & MCROBERTS, Washington,
D.C., for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his civil diversity action alleging defamation and intentional infliction of emotional distress. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Schirmacher v. McDonnell Douglas Corp.</u>, No. CA-95-2672-AW (D. Md. Dec. 1, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>